# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

NANCY CARTER,

    Plaintiff,

v.                                                                                 Case No. 1:19-CV-01058-SMV-LF

OJO CALIENTE HOLDINGS INC. d/b/a OJO CALIENTE
MINERAL SPRINGS RESORT & SPA,

    Defendant.

## ORDER TO REMAND

    This action is before the Court on the parties' Joint Motion to Remand to the Eighth Judicial District Court, County of Taos, State of New Mexico. On November 12, 2019, Defendant removed this case to this Court from the Eighth Judicial District Court, County of Taos, State of New Mexico. In their Joint Motion, the parties seek remand of this matter to state court.

    **IT IS ORDERED** that the parties' Joint Motion to Remand is granted. It is further ordered that this case is remanded back to the Eighth Judicial District Court, County of Taos, State of New Mexico.

Dated this __20th__ day of November, 2019.

                                                    Stephan M. Vidmar
                                                  UNITED STATES MAGISTRATE JUDGE

**SUBMITTED BY:**

**ALLEN, SHEPHERD, LEWIS & SYRA, P.A.**

        */s/ Ranime R. Oueis*
E.W. Shepherd
Ranime R. Oueis
P.O. Box 94750
Albuquerque, NM 87199-4750
nshepherd@allenlaw.com
roueis@allenlaw.com
*Attorneys for Defendant Ojo Caliente Holdings Inc.*
*d/b/a Sunrise Springs Spa Resort*

**APPROVED BY:**

**MARSHALL LAW, P.C.**

*Electronically approved 11/14/2019*
Stephen R. Marshall, Esq.
505 Roma Ave NW
Santa Fe, NM  87102
TEL:   505-250-9319
steve@marshalllawnm.com


**JARAMILLO LAW FIRM, PC**

*Electronically approved 11/14/2019*
David J. Jaramillo, Esq.
505 Roma Ave. NW
Albuquerque, NM  87102
TEL:   505-200-9454
david@djnmlaw.com